SHARTSIS FRIESE LLP
JOEL ZELDIN (Bar #51874)
TRACY A. DONSKY (Bar #197114)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jzeldin@sflaw.com

KARR TUTTLE CAMPBELL
ROBERT A. RADCLIFFE (Bar #PRO HAC VICE)
ALAN D. JUDY (Bar #PRO HAC VICE)
1201 3rd Avenue, Suite 2900
Seattle, WA 98101
Telephone: 206.223-1313
Facsimile: 206.682.7100
Email: rradcliffe@karrtuttle.com

Attorneys for Defendant
GROUP HEALTH COOPERATIVE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANSHEN + ALLEN, ARCHITECTS, INC., | Case No. C 06 4499 PJH |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATED APPLICATION TO STAY ACTION PENDING MEDIATION |
| v. | Judge: Phyllis J. Hamilton |
| GROUP HEALTH COOPERATIVE; AND DOES 1-100, | Courtroom. 3 |
| | Trial Date: None |
| Defendants. | Complaint Filed: July 24, 2006 |

Plaintiff ANSHEN + ALLEN, ARCHITECTS, INC. and Defendant GROUP HEALTH COOPERATIVE having stipulated,

IT IS HEREBY ORDERED that the above-captioned action is stayed until December 31, 2006, or until private mediation between the parties has concluded, whichever date is earlier, on the terms set forth in the Stipulated Application To Stay Action Pending Mediation filed by the parties on September 29, 2006.

In light of this stay, it is FURTHER ORDERED that the Case Management Conference currently set for October 26, 2006 is continued until January 25, 2007. All deadlines associated with the Case Management Conference are likewise continued for ninety days after their currently calendared date.

DATED: 10/5/06



---

Case No.
C 06 4499 PJH

[PROPOSED] ORDER GRANTING STIPULATED APPL. STAY ACTION PENDING MEDIATION

- 2 -

7261\001\TDONSKY\1386498.3