1  Robert A. Radcliffe (Bar #Pro Hac Vice)
2  Alan D. Judy (Bar #Pro Hac Vice)
3  KARR TUTTLE CAMPBELL
   1201 Third Avenue, Suite 2900
4  Seattle, Washington 98101-3028
5  (206) 223-1313
   Attorneys for Group Health Cooperative

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANSHEN + ALLEN, ARCHITECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> GROUP HEALTH COOPERATIVE: AND DOES 1-100, <br><br> Defendants. <br> GROUP HEALTH COOPERATIVE, <br><br> Counterclaimant, <br><br> v. <br><br> ANSHEN + ALLEN, ARCHITECTS, INC. <br><br> Counterdefendant. | NO. C 06 4499 PJH <br><br> **STIPULATION FOR AND ORDER OF DISMISSAL** <br><br> **(P̶R̶O̶P̶O̶S̶E̶D̶)** <br><br> Judge:  Phyllis J. Hamilton <br> Courtroom: 3 <br> Trial Date: None <br> Complaint Filed: July 24, 2006 |

STIPULATION

Plaintiff and Defendant agree and stipulate that all claims by and between these parties have been fully resolved and hereby agree, as evidenced by signatures of counsel below, to entry of the following order of dismissal of these claims, including counter claims, with

- 1 -
STIPULATION FOR AND ORDER OF DISMISSAL

case No.
C 06 4499 PJH
#604783 v1 / 22408-121

1  prejudice and without costs and attorneys fees to any party, and without notice of presentation
2  of this order,
3
4
5  DATED: January 24, 2007          KARR TUTTLE CAMPBELL
6                                    By: /s/
7                                        ROBERT A. RADCLIFFE
8
9  DATED: January 23, 2007          SHARTSIS FRIESE LLP
10                                   By: /s/
                                         JOEL ZELDIN
11
12                                   Attorneys for Defendant
                                     GROUP HEALTH COOPERATIVE
13
14 DATED: January ___, 2007         EISENBERG LAW OFFICE
15                                   By: _____
16                                       NEIL D. EISENBERG
17
18 DATED: January ___, 2007         BAY CAPITAL LEGAL P.C.
19                                   By: _____
                                         CURTIS E. SMOLAR
20
21                                   Attorneys for Plaintiff
                                     ANSHEN + ALLEN
22
23
24
25
26
27
28

- 2 -
STIPULATION FOR AND ORDER OF DISMISSAL

Case No.
C 06 4499 PJH
#604783 v1 / 22408-121

1  prejudice and without costs and attorneys fees to any party, and without notice of presentation
2  of this order.
3
4
5      DATED: January ____, 2007            KARR TUTTLE CAMPBELL
6                                           By:_____
                                                ROBERT A. RADCLIFFE
7
8      DATED: January ____, 2007            SHARTISIS FRIESE LLP
9
                                             By:_____
10                                               JOEL ZELDIN
11                                           Attorneys for Defendant
12                                           GROUP HEALTH COOPERATIVE
13
14     DATED: January ____, 2007            EISENBERG LAW OFFICE
15                                           By:_____
                                                NEIL D. EISENBERG
16
17
       DATED: January ____, 2007            BAY CAPITAL LEGAL P.C.
18
                                             By:_____
19                                               CURTIS E. SMOLAR
20
21                                           Attorneys for Plaintiff
                                             ANSHEN + ALLEN
22
23
24
25
26
27
28
                                          - 2 -
                         STIPULATION FOR AND ORDER OF DISMISSAL

case No.                                                            *Law Offices*
C 06 4499 PJH                                              KARR TUTTLE CAMPBELL
#604783 v1 / 22408-121                                     *A Professional Service Corporation*
                                                           1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
                                                           Telephone (206) 223-1313, Facsimile (206) 682-7100

## ORDER

THIS MATTER having come on regularly for hearing before the undersigned judge of the above-entitled court upon the above stipulation of the parties, and the court being fully advised in the premises, it is hereby

ORDERED that all of the claims and counterclaims which are the subject of this lawsuit are hereby dismissed, with prejudice, and without costs and attorney fees to any party.

DATED this __25th__ day of __January__, 2007.



IT IS SO ORDERED

Judge Phyllis J. Hamilton

PHYLLIS J. HAMILTON
United States District Court Judge
Northern District of California

- 3 -
STIPULATION FOR AND ORDER OF DISMISSAL

case No.
C 06 4499 PJH
#604783 v1 / 22408-121

Law Offices
KARR TUTTLE CAMPBELL
A Professional Service Corporation
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100